## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## AT SOUTH BEND

| | |
|---|---|
| In Re: | Case No. 19-32183 |
| Alvino Samuel Olivarez | Chapter 7 |
| | Judge Harry C. Dees, Jr. |
| Debtor | |
| Rebecca Hoyt Fischer, Trustee | Adversary Case No. 20-03002 |
| Plaintiff | |
| vs. | |
| Carvana, LLC | |
| Defendant | |

### ANSWER OF CARVANA, LLC TO COMPLAINT

Now comes Carvana, LLC ("Defendant"), by and through its counsel Jon J. Lieberman, and hereby denies each allegation set forth in Plaintiff's Complaint unless specifically admitted herein and further answers as follows:

1. Defendant admits the allegations contained in paragraph one (1) of Plaintiffs' Complaint.

2. Defendant admits the allegations contained in paragraph two (2) of Plaintiffs' Complaint.

3. Defendant admits the allegations contained in paragraph three (3) of Plaintiffs' Complaint.

4. Defendant admits the allegations contained in paragraph four (4) of Plaintiffs' Complaint.

5. Defendant denies the allegations contained in paragraph five (5) of Plaintiffs' Complaint as to the date of possession for want of sufficient knowledge.

6. Defendant denies the allegations contained in paragraph six (6) of Plaintiffs' Complaint for want of sufficient knowledge.

7. Defendant denies the allegations contained in paragraph seven (7) of Plaintiffs' Complaint.

8. Defendant denies the allegations contained in paragraph eight (8) of Plaintiffs' Complaint for want of sufficient knowledge.

9. Defendant denies the allegations contained in paragraph nine (9) of Plaintiffs' Complaint for want of sufficient knowledge.

10. Defendant denies the allegations contained in paragraph ten (10) of Plaintiffs' Complaint for want of sufficient knowledge.

11. Defendant denies the allegations contained in paragraph eleven (11) of Plaintiffs' Complaint for want of sufficient knowledge.

12. Defendant denies the allegations contained in paragraph twelve (12) of Plaintiffs' Complaint.

13. Defendant denies the allegations contained in paragraph thirteen (13) of Plaintiffs' Complaint for want of sufficient knowledge.

14. Defendant denies the allegations contained in paragraph fourteen (14) of Plaintiffs' Complaint.

15. Defendant denies the allegations contained in paragraph fifteen (15) of Plaintiffs' Complaint for want of sufficient knowledge.

WHEREFORE, Defendant respectfully prays this Court dismiss the Complaint with prejudice and for all other relief as is just and proper.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2020, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Rebecca Hoyt Fischer, Trustee
    rebecca@ladfislaw.com

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

    Anthony J. Wagner, Counsel for Debtor
    awagner@wagnerllp.com

I further certify that on February 17, 2020, a copy of the foregoing Answer was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Alvino Samuel Olivarez
    2415 N 1200 E
    Plymouth, IN 46563

    /s/ Jon J. Lieberman
    Jon J. Lieberman (OH 0058394)
    Attorney for Creditor